# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JOSEPH GARWOOD,

    Plaintiff,

v.                                     CASE NO. 4:08cv232-RH/WCS

THE HONORABLE KATHLEEN DEKKER, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 6), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "This action is DISMISSED with prejudice." The clerk shall close the file.

SO ORDERED on June 28, 2008.

                                                    s/Robert L. Hinkle
                                                    Chief United States District Judge